IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RONELL RICHARD, as Administrator of the Estate of EDGAR RICHARD, JR., Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>BOARD OF COUNTY COMMISSIONERS OF SEDGWICK COUNTY;<br>COUNTY OF SEDGWICK;<br>SEDGWICK COUNTY SHERIFF'S DEPARTMENT;<br>SEDGWICK COUNTY SHERIFF ROBERT HINSHAW;<br>SEDGWICK COUNTY SHERIFF GARY STEED;<br>SEDGWICK COUNTY DETENTION DEPUTY MANUEL J. DIAZ;<br>DETENTION DEPUTY SAQUISHA NELSON;<br>CONMED, INC.;<br>CONMED HEALTHCARE MANAGEMENT INC.;<br>PAUL W. MURPHY, M.D.;<br>BRYON McNEIL, M.D.;<br>CHARLES H. FLETCHER, P.A.;<br>MIKE S. HALL, P.A.;<br>WILLIAM NOVAK, A.R.N.P..<br><br>Defendants. | Case No.09-1278-WEB-KMH<br><br>(Consolidated with Case No. 09-1042-WEB-KMH) |

**PLAINTIFF'S DECEMBER 21, 2012, REQUEST FOR ADMISSIONS TO DEFENDANTS BOARD OF COUNTY COMMISSIONERS OF SEDGWICK COUNTY, COUNTY OF SEDGWICK, SEDGWICK COUNTY SHERIFF'S DEPARTMENT, SEDGWICK COUNTY SHERIFF ROBERT HINSHAW, SEDGWICK COUNTY SHERIFF GARY STEED, SEDGWICK COUNTY DETENTION DEPUTY MANUEL J. DIAZ, DETENTION DEPUTY SAQUISHA NELSON, CONMED, INC.; CONMED HEALTHCARE MANAGEMENT INC., PAUL W. MURPHY, M.D., BRYON McNEIL, M.D. and MIKE S. HALL, P.A.**

COMES NOW, the Plaintiff, by and through counsel of record, and pursuant to **K.S.A. §60-236**, and states the following shall be deemed admitted unless within thirty (30) days

after the service of these requests Defendants serves a written answer or objection to these requests.

1. Edgar Richard Jr. had, at all times he was a prisoner in the Sedgwick County Detention Center, a clearly established constitutional right to mental health care.

   ADMIT _____ DENY_____

2. Edgar Richard Jr. had, at all times during 2007 and 2008 while he was a prisoner in the Sedgwick County Detention Center, a serious mental illness.

   ADMIT _____ DENY_____

3. Edgar Richard Jr. had, at all times during 2007 and 2008 while he was a prisoner in the Sedgwick County Detention Center, a serious mental disability.

   ADMIT _____ DENY_____

4. Edgar Richard Jr. had, at all times during 2007 and 2008 while he was a prisoner in the Sedgwick County Detention Center, a clearly established constitutional right to not be subject to deliberate indifference to his clearly established right to mental health care.

   ADMIT _____ DENY_____

Exhibit A

5. Edgar Richard Jr. had, at all times during 2007 and 2008 while he was a prisoner in the Sedgwick County Detention Center, a clearly established constitutional right to not be subject to excessive force from a law enforcement officer.

ADMIT _____ DENY_____

6. During the times in 2007 and 2008 that Edgar Richard Jr. was a prisoner in the Sedgwick County Detention Center defendant Manuel Diaz was a law enforcement officer and was acting under color of state law.

ADMIT _____ DENY_____

7. During the times in 2007 and 2008 that Edgar Richard Jr. was a prisoner in the Sedgwick County Detention Center defendant Saquisha Nelson was a law enforcement officer and was acting under color of state law.

ADMIT _____ DENY_____

8. During the times in 2007 and 2008 that Edgar Richard Jr. was a prisoner in the Sedgwick County Detention Center defendant Robert Hinshaw was a law enforcement officer and was acting under color of state law.

ADMIT _____ DENY_____

9. During the relevant and material times in 2007 and 2008 that Edgar Richard Jr. was a prisoner in the Sedgwick County Detention Center defendant Gary Steed was a law enforcement officer and was acting under color of state law.

    ADMIT _____ DENY_____

10. During the times in 2007 and 2008 that Edgar Richard Jr. was a prisoner in the Sedgwick County Detention Center defendant Dr. Paul Murphy was acting under color of state law.

    ADMIT _____ DENY_____

11. During the times in 2007 and 2008 that Edgar Richard Jr. was a prisoner in the Sedgwick County Detention Center defendant Dr. Bryon McNeil was acting under color of state law.

    ADMIT _____ DENY_____

12. During the times in 2007 and 2008 that Edgar Richard Jr. was a prisoner in the Sedgwick County Detention Center defendant Mike Hall, P.A. was acting under color of state law.

    ADMIT _____ DENY_____

13. During the times in 2007 and 2008 that Edgar Richard Jr. was a prisoner in the Sedgwick County Detention Center defendant Conmed Inc. was acting under color of state law.

   ADMIT _____ DENY_____

14. During the times in 2007 and 2008 that Edgar Richard Jr. was a prisoner in the Sedgwick County Detention Center defendant Conmed Healthcare Management Inc. was acting under color of state law.

   ADMIT _____ DENY_____

15. During the times in 2007 and 2008 that Edgar Richard Jr. was a prisoner in the Sedgwick County Detention Center defendant Mike S. Hall PA was acting under color of state law.

   ADMIT _____ DENY_____

16. During the times in 2007 and 2008 that Edgar Richard Jr. was a prisoner in the Sedgwick County Detention Center the employees of Defendant Conmed, Inc. were acting under color of state law.

   ADMIT _____ DENY_____

Exhibit A

17. During the times in 2007 and 2008 that Edgar Richard Jr. was a prisoner in the Sedgwick County Detention Center the employees of defendant Conmed Healthcare Management Inc. were acting under color of state law.

    ADMIT _____ DENY_____

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December, 2012 a true and correct copy of the above and foregoing **Plaintiff's December 21, 2012 Requests for Admissions to Defendants** was served via US Mail to defense counsel of record:

Jim Lawing
200 E. First Street, Suite 400
Wichita, Kansas 67202
*-Attorney for Defendant Manuel Diaz*

Gary Austerman
Michael Baumberger
Klenda, Mitchell, Austerman & Zuercher, L.L.C.
301 N. Main, Suite 1600
Wichita, Kansas 67202
*-Attorneys for Defendants Conmed Inc., Conmed Healthcare Management, Inc., Charles Fletcher, PA; Mike Hall, PA; and William Novak, ARNP*

Mark Maloney
G. Andrew Marino
Gilliland & Hayes, P.A.
301 N. Main, Suite 1300
Wichita, Kansas 67202
*-Attorneys for Defendant Bryon McNeil, MD*

James Hernandez
Matthew Sorochty
Woodard, Hernandez, Roth & Day, LLC
257 N. Broadway, Suite 300
Wichita, Kansas 67201
*-Attorneys for Defendant Paul Murphy, MD*

Exhibit A

Arthur Chalmers
Hite, Fanning & Honeyman L.L.P.
100 N. Broadway, Suite 950
Wichita, Kansas 67202
*-Attorney for Defendants Sedgwick County Sheriff Hinshaw, Sedgwick County Sheriff Steed, Sedgwick County, Sedgwick County Sheriff's Office, Sedgwick County Detention Deputy Saquisha Nelson, Sedgwick County Board of Commissioners*

/s/ Larry Wall
Larry Wall #07732